IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ANTHONY NELL WILLIAMS,

      Appellant,

 v.                                 Case No.  5D17-1992

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed October 2, 2018

3.850 Appeal from the Circuit
Court for Volusia County,
James R. Clayton, Judge.

James S. Purdy, Public Defender, and
Rocco Joseph Carbone, III, Assistant Public
Defender, Daytona Beach, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Pamela J. Koller,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

      AFFIRMED.  *See State v. Michel*, 43 Fla. L. Weekly S298 (Fla. July 12, 2018).


COHEN, C.J., LAMBERT and HARRIS, JJ., concur.